UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

GEORGIA ARNETTE GREEN, )
        Plaintiff, )
                              )        **JUDGMENT**
v. )
                              )        No. 4:08-CV-135-H
STATE OF NORTH CAROLINA, )
LENOIR COUNTY, and SUPERIOR )
COURT OF LENOIR COUNTY, )
        Defendants. )

**Decision by Court.**

*On October 21, 2009, the court dismissed defendants Walker, Allen, Grice, Ammons, Foy, L.L.P., Jefferey Ammons and Ron Medlin, Jr. and Lenoir County Court of Kinston, NC was substituted with the Superior Court of Lenoir County.*

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motions for summary judgment are granted. The plaintiff shall have and recover nothing of the defendants and this case is closed.

This Judgment Filed and Entered on November 7, 2011, with service on:
Georgia Arnette Green, Pro Se Plaintiff (via CM/ECF Notice of Electronic Filing)
Grady L. Balentine, Jr. for the defendants (via CM/ECF Notice of Electronic Filing)
Scott C. Hart for the defendants (via CM/ECF Notice of Electronic Filing)

November 7, 2011                                      DENNIS P. IAVARONE, CLERK
                                                                        /s/ Lisa W. Lee
                                                                        (By): Lisa W. Lee, Deputy Clerk